### EUGENE S. PIKE

*v.*

### SAMUEL B. RAYMOND, County Collector.

*Opinion filed February 20, 1901.*

This case is controlled by the decision in *Earl & Wilson* v. *Raymond*, 188 Ill. 15.

APPEAL from the Circuit Court of Cook county; the Hon. E. F. DUNNE, Judge, presiding.

PIKE & GADE, (ROBERT S. ILES, of counsel,) for appellant.

JULIUS A. JOHNSON, County Attorney, and FRANK L. SHEPARD, Assistant County Attorney, for appellee.

Per CURIAM: The appellant filed his bill in equity in the circuit court of Cook county to restrain the collection of taxes assessed and extended against his personal property on a valuation increased by the board of review from the assessed value of $1685 fixed by the board of assessors from appellant's schedule, to the assessed value of $42,400 found and fixed by said board of review after notice and hearing given to appellant. The grounds of the suit and points made on this appeal are substantially the same as were urged in *Earl & Wilson* v. *Raymond*, 188 Ill. 15, *Kimbark* v. *Raymond*, id. 66, and *American Express Co.* v. *Raymond*, (*ante*, p. 232,) and which in those cases were held insufficient to sustain the bill. Following those decisions it must be held that the court below decided correctly in dismissing the bill.

The decree will be affirmed.          *Decree affirmed.*